# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CANADIAN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| NANCY NEFF, INDIVIDUALLY,<br><br>　　　Plaintiff,<br>v.<br><br>WALMART INC, A FOREIGN COMPANY'<br>WAL-MART STORES EAST, LP AKA AND/OR<br>DBA WALMART # 221 A FOREGN COMPANY;<br>ABC CORP., A DOMESTIC/FOREIGN COMPANY,<br><br>　　　Defendants | **No. CJ-2024-502**<br>**(Civil relief more than $10,000: NEGLIGENCE**<br>**(GENERAL))**<br><br>Filed: 08/01/2024<br><br><br>Judge: Hesse, Paul |

# PARTIES

ABC CORP, Defendant
NEFF,  NANCY, Plaintiff
WAL-MART STORES EAST LP, Defendant
WALMART INC, Defendant

# ATTORNEYS

**Attorney**

STEECE,  THOMAS  J (Bar #11531)
12313 HIDDEN FOREST BOULEVARD
OKLAHOMA CITY, OK 73142

**Represented Parties**

NEFF,   NANCY

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**EXHIBIT 1**

**Issue # 1.**   Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed By: NEFF, NANCY
Filed Date: 08/01/2024

| Party Name | Disposition Information |
|---|---|
| **Defendant:**  WALMART INC | |
| **Defendant:** | |
| WAL-MART STORES EAST LP | |
| **Defendant:**  ABC CORP | |

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| **08-01-2024** | **[ TEXT ]** | | NEFF, NANCY 👤 | **#1** |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. PETITION FILED | | |
| | | Document Available (#1059472910) 📄TIFF   📄PDF | | |
| **08-01-2024** | **[ NEGL ]** | | | |
| | | NEGLIGENCE (GENERAL) | | |
| **08-01-2024** | **[ DMFE ]** | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | |
| **08-01-2024** | **[ PFE1 ]** | | | $ 163.00 |
| | | PETITION | | |
| **08-01-2024** | **[ PFE7 ]** | | | $ 6.00 |
| | | LAW LIBRARY FEE | | |
| **08-01-2024** | **[ OCISR ]** | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| **08-01-2024** | **[ OCJC ]** | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | |
| **08-01-2024** | **[ OCASA ]** | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | |
| **08-01-2024** | **[ SSFCHSCPC ]** | | | |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **08-01-2024** | **[ CCADMINCSF ]** | | | |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **08-01-2024** | **[ CCADMIN0155 ]** | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | |
| **08-01-2024** | **[ SJFIS ]** | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | |
| **08-01-2024** | **[ DCADMIN155 ]** | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | |

**08-01-2024  [ DCADMIN05 ]**                                                    $ 0.75

DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS

**08-01-2024  [ DCADMINCSF ]**

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

**08-01-2024  [ CCRMPF ]**                                                    $ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

**08-01-2024  [ CCADMIN04 ]**                                                    $ 0.50

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

**08-01-2024  [ LTF ]**                                                    $ 10.00

LENGTHY TRIAL FUND

**08-01-2024  [ SMIP ]**                                                    $ 30.00

SUMMONS ISSUED FOR SERVICE
Document Available (#1059472902) TIFF    PDF

**08-01-2024  [ SMIP ]**                                    NEFF, NANCY 👤

SUMMONS ISSUED FOR SERVICE
Document Available (#1059472934) TIFF    PDF

**08-01-2024  [ SMIP ]**

SUMMONS ISSUED FOR SERVICE
Document Available (#1059472922) TIFF    PDF

**08-01-2024  [ EAA ]**

ENTRY OF APPEARANCE FILED
Document Available (#1059472882) TIFF    PDF

**08-01-2024  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE HESSE, PAUL TO THIS CASE.

**08-01-2024  [ ACCOUNT ]**

RECEIPT # 2024-783578 ON 08/01/2024.
PAYOR: OKLAHOMA LEGAL SERVICES PLLC TOTAL AMOUNT PAID: $ 259.64.
LINE ITEMS:
CJ-2024-502: $193.00 ON AC01 CLERK FEES.
CJ-2024-502: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2024-502: $0.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2024-502: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2024-502: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2024-502: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2024-502: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2024-502: $0.98 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2024-502: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2024-502: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2024-502: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.